1
2
3
4                       UNITED STATES DISTRICT COURT

5                     NORTHERN DISTRICT OF CALIFORNIA

6

7    DAVID VILLARREAL, et al.,              Case No.  24-cv-00813-AMO

8                 Plaintiffs,

9         v.                                **REFERRAL FOR PURPOSE OF**
                                            **DETERMINING RELATIONSHIP**
10   SALESFORCE.COM, INC., et al.,

11               Defendants.

12

13        Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the

14   Honorable Maxine M. Chesney for consideration of whether the case is related to *Davis v.*

15   *Salesforce.com, Inc.*, Case Number 3:20-cv-1753-MMC.

16        **IT IS SO ORDERED.**

17   Dated: February 14, 2024

18                                          _____

19                                          **ARACELI MARTÍNEZ-OLGUÍN**
                                            **United States District Judge**
20

21

22

23

24

25

26

27

28