**ROSMAN & GERMAIN APC**
Daniel L. Germain (Bar No. 143334)
5959 Topanga Canyon Boulevard
Suite 360
Woodland Hills, CA  91367-7503
Telephone: (818) 788-0877
Facsimile: (818) 788-0885
E-mail: Germain@Lalawyer.com

*Counsel for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGOR MIGUEL and AMANDA BREDLOW, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SALESFORCE.COM, INC., BOARD OF DIRECTORS OF SALESFORCE.COM, INC., MARC BENIOFF, THE INVESTMENT ADVISORY COMMITTEE, JOSEPH ALLANSON, STAN DUNLAP, and JOACHIM WETTERMARK,<br><br>Defendants. | Case No. 3:20-cv-01753-MMC<br><br>**[PROPOSED ORDER] GRANTING JOINT MOTION TO EXTEND THE DEADLINE TO FILE PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT AND SUPPORTING DOCUMENTS** |

[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND THE DEADLINE TO FILE PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT AND SUPPORTING DOCUMENTS

**THE MATTER** having been brought before the Court by Gregor Miguel and Amanda Bredlow ("Plaintiffs") and Salesforce, Inc., the Board of Directors of Salesforce, Inc., Marc Benioff, the 401(k) Plan Committee, Joseph Allanson, Stan Dunlap, and Joachim Wettermark, ("Defendants"), collectively, (the "Parties") for an order granting a joint motion to extend deadline to file Plaintiffs' Motion for Preliminary Approval of the settlement and supporting documents.

**IT IS** on this 9th day of August 2024,

**ORDERED** that Plaintiffs' Motion for Preliminary Approval and supporting documents are due on August 23, 2024.

**IT IS SO ORDERED.**

_____
Hon. Maxine Chesney

[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND THE DEADLINE TO FILE PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT AND SUPPORTING DOCUMENTS