# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** April 4, 2025    **Time:** 9:01 – 9:21    **Judge:** MAXINE M. CHESNEY
= 20 minutes

**Case No.:** 20-cv-01753-MMC    **Case Name:** Gregor Miguel et al v. Salesforce.com, Inc. et.al.

**Attorney for Plaintiff:** Mark Gyandoh
**Attorney for Defendant:** Eric Serron

**Deputy Clerk:** Tracy Geiger    **Court Reporter:** Debra Pas

## PROCEEDINGS

Plaintiffs' Motion for Final Approval of Class Action Settlement – Granted for the reasons stated on the record.

Plaintiffs' Motion for an Award of Attorneys' Fees and Reimbursement of Expenses and Case Contribution Awards- Granted in Part and Denied in Part.

**Order to be prepared by:**
( )    Plaintiff            ( )    Defendant            (X)    Court